IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAKISHA EPPS, | ) | 1:12-cv-0248 BAM |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING OPENING BRIEF TO NOVEMBER 9, 2012** |
| vs. | ) | **ADMONISHING PLAINTIFF TO COMPLY WITH THIS ORDER** |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

On September 24, 2012, this Court granted the motion of attorney Marc Kalagian and the law offices of Rohlfing & Kalagian to withdraw as counsel of record in the present action. Therefore, Plaintiff is cautioned that she no longer has the assistance of an attorney in this matter and she may wish to seek further legal assistance.

On February 16, 2012, Plaintiff Lakisha Epps, through counsel, Marc Kalagian, filed the present action in this Court. Plaintiff seeks a review of the Commissioner's denial of her application for benefits. On February 22, 2012, the Court issued a Scheduling Order. (Doc. 6). Plaintiff's opening brief is currently due October 14, 2012.

In light of Counsel's withdrawal, the Court will allow Plaintiff an additional 45 days to retain new counsel and/or file her opening brief. Therefore, the due date of Plaintiff's opening brief is **CONTINUED** from October 14, 2012 to **November 9, 2012**. Plaintiff is advised that if she does not

1

retain another attorney to represent her, she is responsible for complying with all Court rules and applicable laws. Failure to do so, or failing to comply with any order of this Court (including this order), may result in dismissal of the action.

## **ORDER**

1. **IT IS HEREBY ORDERED**, that Plaintiff Lakisha Epps shall have a 45-day extension, or until **November 9, 2012**, in which to file her Opening Brief.

2. The Clerk of the Court is **DIRECTED** to serve a copy of this order on Lakisha Epps at 1021 Smith Street, Bakersfield, CA 93307.

3. **Plaintiff is ADMONISHED that failure to file her opening brief may result in dismissal of the action.**

IT IS SO ORDERED.

Dated:   September 25, 2012            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

2