IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKISHA EPPS, ) | 1:12-cv-0248 BAM |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On February 16, 2012, Plaintiff, through counsel, Mr. Marc Kalagian, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On February 22, 2012, the Court issued a Scheduling Order. (Doc. 6). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On or about July 9, 2012, Defendant lodged the administrative record. (Doc. 10). On August 30, 2012, Plaintiff's counsel filed a Motion to Withdraw as Counsel. Plaintiff did not oppose the motion, nor did she attend the hearing. The Court granted Mr. Kalagian's motion on September 26,

1  2012. (Doc. 14). As part of the order, Plaintiff was directed to file her opening brief no later than
2  November 9, 2012. (Doc. 15).[1] To date, Plaintiff has failed to do so.
3      Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for
4  failure to comply with the court's September 26, 2012, order. Plaintiff is ORDERED to file a
5  written response to this Order to Show Cause WITHIN fifteen (15) days of the date of this Order. If
6  Plaintiff desires more time to file the brief, Plaintiff should so state in her response.
7      Failure to respond to this Order to Show Cause within the time specified will result in
8  dismissal of this action.
9     IT IS SO ORDERED.
10  **Dated:** **November 29, 2012**        /s/ **Barbara A. McAuliffe**
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The order was served on Plaintiff on September 26, 2012. The order has not been returned as undeliverable.

2